HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DANIEL PEREZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> BERNARD WARNER, RON HAYNES, ROY GONZALEZ, JOHN PADILLA, EARL X. WRIGHT, MARGRET GILBERT, <br><br> Defendants. | CASE NO. C15-5530-RBL-DWC <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' Motion for Summary Judgment (Dkt. 14) is granted, and Plaintiff's claims are dismissed with prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

Dated this 17th day of May, 2016.

Ronald B. Leighton
United States District Judge